```
 1 │ PATRICK T. CONNOR, Esq., Bar No. 089136
   │ Email Address: pconnor@deconsel.com
 2 │ MARGARET R. GIFFORD, Esq., Bar No. 118222
   │ Email Address: mgifford@deconsel.com
 3 │ SALLY S. FRONTMAN
   │ Email Address: sfrontman@deconsel.com
 4 │ DeCARLO, CONNOR & SHANLEY,
   │ a Professional Corporation
 5 │ 533 S. Fremont Avenue, Ninth Floor
   │ Los Angeles, California  90071-1706
 6 │ Telephone (213) 488-4100
   │ Telecopier (213) 488-4180
 7 │
   │ Attorneys for Plaintiffs, CARPENTERS
 8 │ SOUTHWEST ADMINISTRATIVE CORPORATION
   │ and FLOYD CLAY
 9 │
10 │                    UNITED STATES DISTRICT COURT
11 │                   CENTRAL DISTRICT OF CALIFORNIA
12 │                          WESTERN DIVISION
13 │ CARPENTERS SOUTHWEST           ) CASE NO. CV 06-08198 AHM (PLAx)
   │ ADMINISTRATIVE CORPORATION, a )
14 │ California non-profit          )
   │ corporation; and FLOYD CLAY,   )
15 │ AS A FIDUCIARY OF SOUTHWEST    ) ON THE STIPULATION TO DISMISS
   │ CARPENTERS HEALTH AND WELFARE  ) ACTION WITHOUT PREJUDICE,
16 │ TRUST, SOUTHWEST CARPENTERS    ) SUBJECT TO REOPENING UPON EX
   │ PENSION TRUST, SOUTHWEST       ) PARTE APPLICATION, IF SETTLEMENT
17 │ CARPENTERS VACATION TRUST      ) IS NOT CONSUMMATED
   │ AND SOUTHWEST CARPENTERS       )
18 │ TRAINING FUND,                 ) Before the Honorable
   │                                )       A. Howard Matz
19 │            Plaintiffs,         )
   │ v.                             )
20 │                                )
   │ JAMES EDWARD BUCKLEY,          )
21 │ individually and as a partner  )
   │ of GOLDEN STATE MILLWRIGHTS, a )
22 │ partnership; DARIN EDWARD      )
   │ BUCKLEY, individually and as a )
23 │ partner of GOLDEN STATE        )
   │ MILLWRIGHTS, a partnership;    )
24 │ GOLDEN STATE MILLWRIGHTS, a    )
   │ partnership; and DOES 1        )
25 │ through 10, inclusive,         )
   │                                )
26 │             Defendants.        )
27 │
28 │
```

1     GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that this matter
2  be dismissed, without prejudice, as to JAMES EDWARD BUCKLEY,
3  individually and as a partner of GOLDEN STATE MILLWRIGHTS, a
4  partnership; DARIN EDWARD BUCKLEY, individually and as a partner
5  of GOLDEN STATE MILLWRIGHTS, a partnership; GOLDEN STATE
6  MILLWRIGHTS, a partnership; and that this court retain
7  jurisdiction over this action through and including March 1, 2009
8  to permit this action to be reopened upon Ex Parte Application and
9  upon good cause shown, if settlement is not consummated.
10 Date:   February 28, 2008
11
12                                      _____
                                        HONORABLE A. HOWARD MATZ
                                        UNITED STATES DISTRICT COURT JUDGE
13 **Make JS-6**

1